Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  16–30176–ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Scott E. Andreadis | Mary L Andreadis |
| 4205 Karen Court | 4205 Karen Court |
| Mays Landing, NJ 08330 | Mays Landing, NJ 08330 |

Social Security No.:
  xxx–xx–6704                                    xxx–xx–8246

Employer's Tax I.D. No.:

### NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case
as to the:
   Debtor and Joint Debtor was entered on March 6, 2017.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding
fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from
the date of this Order.

Dated: March 6, 2017
JAN: bc

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-30176-ABA
Scott E. Andreadis                                                    Chapter 13
Mary L Andreadis
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 2            Date Rcvd: Mar 06, 2017
                               Form ID: 148             Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 08, 2017.
db/jdb        +Scott E. Andreadis,   Mary L Andreadis,   4205 Karen Court,   Mays Landing, NJ 08330-3017
cr            +DITECH FINANCIAL LLC,   Phelan Hallinan & Schmieg, PC,   400 Fellowship Road,   Suite 100,
               Mt. Laurel, NJ 08054-3437
cr            +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,   Phelan Hallinan & Schmieg, PC,
               400 Fellowship Road,   Suite 100,   Mt. Laurel, NJ 08054-3437
516457891     +Amerassist Ar Solutions,   445 Hutchinson Avenue, Suite 500,   Columbus, OH 43235-8616
516457899     +Ditech Financial LLC,   3000 Bayport Drive, suite 880,   Tampa, Florida 33607-8409
516457900     +Earthtech Contracting Inc.,   155 Route 50,   Ocean View, NJ 08230-1299
516628473     +MIDLAND FUNDING LLC,   PO Box 2011,   Warren, MI 48090-2011
516457904     +Midland Funding,   2365 Northside Drive, Suite 30,   San Diego, CA 92108-2709
516466988      Nissan Motor Acceptance,   POB 660366,   Dallas, TX  75266-0366
516634694     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
               TRENTON NJ 08646-0245
               (address filed with court:  State of New Jersey,   Department of Treasury,
               Division of Taxation,   PO Box 245,   Trenton, NJ 08695-0245)
516457909     +Shore Memorial Hospital (Shore Medical Center),   100 Medical Center Way,
               Somers Point, NJ 08244-2389
516457910     +State of New Jersey-Taxation Building,   50 Barrack Street, 1st Floor Lobby,
               Trenton, NJ 08695-0001
516611508      The Bank Of New York Mellon,   PO Box 31785,   Tampa, FL 33631-3785


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Mar 06 2017 23:22:25    U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 06 2017 23:22:19    United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
516555643      EDI: AIS.COM Mar 06 2017 22:48:00    American InfoSource LP as agent for,   Verizon,
               PO Box 248838,   Oklahoma City, OK  73124-8838
516457892     +EDI: BANKAMER.COM Mar 06 2017 22:48:00    Bank of America,   1800 Tapo Canyon Road,
               Simi Valley, CA 93063-6712
516457893     +EDI: TSYS2.COM Mar 06 2017 22:48:00    Barclays Bank Delaware,   PO Box 8803,
               Wilmington, DE 19899-8803
516457896      EDI: CAPITALONE.COM Mar 06 2017 22:48:00    Capital One Bank USA,   15000 Capital One Drive,
               Richmond, VA 23238
516457894     +EDI: CAPITALONE.COM Mar 06 2017 22:48:00    Capital One,   PO Box 30285,
               Salt Lake City, UT 84130-0285
516493543     +EDI: AISACG.COM Mar 06 2017 22:48:00    Capital One Auto Finance,
               c/o Ascension Capital Group,   P.O. Box 165028,   Irving, TX 75016-5028
516457895     +EDI: CAPITALONE.COM Mar 06 2017 22:48:00    Capital One Bank,   PO Box 30285,
               Salt Lake City, UT 84130-0285
516485590      EDI: CAPITALONE.COM Mar 06 2017 22:48:00    Capital One Bank (USA), N.A.,   PO Box 71083,
               Charlotte, NC  28272-1083
516457898     +EDI: CHASE.COM Mar 06 2017 22:48:00    Chase Card,   P.O. Box 15298,
               Wilmington, DE 19850-5298
516457901     +EDI: AMINFOFP.COM Mar 06 2017 22:48:00    First Premier Bank,   601 S Minnesota Avenue,
               Sioux Falls, SD 57104-4868
516586521      EDI: RESURGENT.COM Mar 06 2017 22:48:00    LVNV Funding, LLC its successors and assigns as,
               assignee of FNBM, LLC,   Resurgent Capital Services,   PO Box 10587,
               Greenville, SC 29603-0587
516586461      EDI: MERRICKBANK.COM Mar 06 2017 22:48:00    MERRICK BANK,   Resurgent Capital Services,
               PO Box 10368,   Greenville, SC 29603-0368
516457903     +EDI: MERRICKBANK.COM Mar 06 2017 22:48:00    Merrick Bank,   10705 S Jordan Gtwy Suite 200,
               South Jordan, UT 84095-3977
516457905     +EDI: MID8.COM Mar 06 2017 22:48:00    Midland Funding,   8875 Aero Drive, Suite 200,
               San Diego, CA 92123-2255
516660163      EDI: PRA.COM Mar 06 2017 22:48:00    Portfolio Recovery Associates, LLC,
               C/O Capital One Bank (USA), N.A.,   POB 41067,   Norfolk VA 23541
516660197      EDI: PRA.COM Mar 06 2017 22:48:00    Portfolio Recovery Associates, LLC,   c/o Avenue,
               POB 41067,   Norfolk VA 23541
516660195      EDI: PRA.COM Mar 06 2017 22:48:00    Portfolio Recovery Associates, LLC,
               c/o New York & Company,   POB 41067,   Norfolk VA 23541
516457907     +EDI: PRA.COM Mar 06 2017 22:48:00    Portfolio Recovery Ass,   120 Corporate Blvd Suite 100,
               Norfolk, VA 23502-4952
516457906     +EDI: PRA.COM Mar 06 2017 22:48:00    Portfolio Recovery Ass,   120 Corporate Blvd Suite 1,
               Norfolk, VA 23502-4952
516658993     +EDI: JEFFERSONCAP.COM Mar 06 2017 22:49:00    Premier Bankcard, Llc,
               c o Jefferson Capital Systems LLC,   Po Box 7999,   Saint Cloud Mn 56302-7999
516666133     +EDI: RMSC.COM Mar 06 2017 22:48:00    Synchrony Bank,   c/o of PRA Receivables Management, LLC,
               PO Box 41021,   Norfolk, VA 23541-1021
516457911     +EDI: VERIZONWIRE.COM Mar 06 2017 22:48:00    Verizon,   PO Box 26055,
               Minneapolis, MN 55426-0055
                                                                                    TOTAL: 24

```
District/off: 0312-1          User: admin            Page 2 of 2           Date Rcvd: Mar 06, 2017
                              Form ID: 148            Total Noticed: 37
```

```
           ***** BYPASSED RECIPIENTS (continued) *****

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516610671       THE BANK OF NEW YORK MELLON FKA THE,   BANK OF NEW YORK AS SUCCESSOR INDENTURE,
                TRUSTEE TO JPMORGAN CHASE BANK, N.A.,,   AS INDENTURE TRUSTEE FOR THE CWABS,
                REVOLVING HOME EQUITY LOAN TRUST,,     SERIES 2004-L
516457897*    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court:  Capital One Bank USA,   15000 Capital One Drive,
                 Richmond, VA 23238)
516457902*    +First Premier Bank,    601 S Minnesota Avenue,    Sioux Falls, SD 57104-4868
516457908*    +Portfolio Recovery Ass,   120 Corporate Blvd, Suite 1,    Norfolk, VA 23502-4952
                                                                 TOTALS: 1, * 3, ## 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 6, 2017 at the address(es) listed below:
         Denise E. Carlon    on behalf of Creditor   MTGLQ Investors, LP dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
         James Patrick Shay    on behalf of Creditor   DITECH FINANCIAL LLC james.shay@phelanhallinan.com
         Joel Lee Schwartz    on behalf of Debtor Scott E. Andreadis esqinac@aol.com,  stacygreen7@aol.com
         Joel Lee Schwartz    on behalf of Joint Debtor Mary L Andreadis esqinac@aol.com,
          stacygreen7@aol.com
         Michael Frederick Dingerdissen    on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK
          OF NEW YORK AS SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN et.al. nj.bkecf@fedphe.com
                                                                      TOTAL: 6
```