Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16–30176–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Scott E. Andreadis | Mary L Andreadis |
| 4205 Karen Court | 4205 Karen Court |
| Mays Landing, NJ 08330 | Mays Landing, NJ 08330 |

Social Security No.:
  xxx–xx–6704                                xxx–xx–8246

Employer's Tax I.D. No.:

## FINAL DECREE

   The estate of the above named debtor(s) has been fully administered.

   If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

   ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>June 7, 2017</u>              <u>Andrew B. Altenburg Jr.</u>
                                           Judge, United States Bankruptcy Court